<div style="writing-mode: vertical">United States Court<br>Northern District of California</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FISHER,<br>　　　　Petitioner,<br>　　v.<br>MITCHEL PLANET,<br>　　　　Respondent. | Case No. [14-cv-01476-WHO](14-cv-01476-WHO) (PR)<br><br>**ORDER OF TRANSFER** |

　　In this federal habeas action, filed pursuant to 28 U.S.C. § 2254, petitioner Fisher challenges a conviction he suffered in the Ventura County Superior Court, which lies in the Central District. Accordingly, this action is TRANSFERRED to the Central District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a); 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

　　**IT IS SO ORDERED.**

**Dated:** April 29, 2014

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FRANCIS FISHER, | Case Number: CV14-01476 WHO |
| Petitioner, | **CERTIFICATE OF SERVICE** |
| v. | |
| MICHAEL PLANET, | |
| Respondent. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 29, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Gary Fisher F85263
California Health Care Facility DA-5-111
P.O. Box 32080
Stockton, CA 95213

Dated: April 29, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk